IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
DEC 05 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DALE VERNAL CAMPBELL,<br><br>Defendant. | CR 15-85-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the Final Hearing regarding Revocation of Supervised Release currently scheduled for Friday, December 6, 2019 at 1:30 p.m. is **VACATED** and reset to commence on **Tuesday, December 17, 2019 at 1:30 p.m.**

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 5th day of December, 2019.

SUSAN P. WATTERS
United States District Judge

1